IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

HECTOR SOLANO-MORETA,

    Plaintiff,

    v.

FIRST TRANSIT OF PR, INC.,

    Defendant.

CIVIL NO. 12-1989 (BJM)

**FINAL JUDGMENT**

All of the claims raised in the complaint are dismissed with prejudice, except for the claim under Puerto Rico's Law 80, which is dismissed without prejudice.

This case is now closed for statistical purposes.

**SO ORDERED.**

In San Juan, Puerto Rico this 18th day of August, 2014.

                                      *s/Bruce J. McGiverin*
                                      BRUCE J. McGIVERIN
                                      United States Magistrate Judge